UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITHAN T. FEDISON, #2518517<br>TYRIANNA FEDISON | CIVIL ACTION |
| VERSUS | NO. 25-65 |
| ORLEANS PARISH CRIMINAL<br>DISTRICT COURT, ET AL. | SECTION "R" (3) |

### ORDER AND REASONS

Plaintiffs, Keithan T. Fedison, a pretrial detainee in the Orleans Justice Center, and his mother, Tyrianna Fedison, initially filed this *pro se* civil action under 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, *et seq.*, against the Orleans Parish Criminal District Court, the Orleans Parish Jail and Staff, Michael Gregory, the Orleans Parish District Attorney's Office, the New Orleans Police Department, Officer Wayne Lewis, and the Honorable Rhonda Goode-Douglas.[1] On March 12, 2025, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R") recommending that certain claims, including all of Tyrianna Fedison's claims, be dismissed.[2] On July 25, 2025, this Court adopted Magistrate Judge Dossier's R&R as its opinion.[3]

---

[1]   R. Doc. 1.
[2]   R. Doc. 10.
[3]   R. Doc. 21.

Prior to this Court's adoption of the earlier R&R, Tyrianna Fedison filed a "First Amended Complaint" on behalf of herself and Keithan Fedison, naming as defendants Sheriff Susan Hutson, in her official capacity, and John Doe Deputies and Supervisors.[4] Tyrianna Fedison then filed an addendum, styled as a "Supplemental Response, Amendment of Complaint, and Request for Injunctive Relief."[5] Neither pleading was signed by Keithan Fedison. On September 26, 2025, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R") recommending Tyrianna Fedison's claims be dismissed with prejudice, the amended complaint and addendum as they relate to Keithan Fedison be stricken from the record as improperly filed, and that this case be administratively closed.[6]

A party has 14 days to object to a magistrate judge's report and recommendation after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. No objection was filed. The Court therefore reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself

---

4     R. Doc. 12.
5     R. Doc. 15.
6     R. Doc. 24.

that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion.

The Court ORDERS Tyrianna Fedison's claims against Hudson and Joe Doe Deputies and Supervisors DISMISSED WITH PREJUDICE.

The Court ORDERS the amended complaint and the addendum as they relate to Keithan Fedison STRICKEN from the record.

The Court ADMINISTRATIVELY CLOSES this case.

New Orleans, Louisiana, this __15th__ day of October, 2025.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE